AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __07 cv 25__

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

**FILED**
**FEB 1 4 2007**
**U.S. DISTRICT COURT**
**DISTRICT OF DELAWARE**

I HEREBY ACKNOWLEDGE RECEIPT OF __1__ COPIES OF

BD scanned

__2-14-07__                    __Mr. Don F. Bass__
(Date forms issued)        (Signature of Party or their Representative)

__Mr. Don F. Bess__
(Printed name of Party or their Representative)

Please Complete and Return to U.S District Ct.

Note: Completed receipt will be filed in the Civil Action