IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DONALD F. BASS,                          )
                                         )
            Plaintiff,                   )
                                         )
       v.                                )  Civil Action No. 07-25 JJF
                                         )
THOMAS CARROLL, PIERCER,                 )
BETTY BURRIS, SECURITY CHIEF             )
DAVID HOLMAN, CAPT. BURTON,              )
LT. RIDER, LT. WELCOME,                  )
LT. PROFACI, IGC CPL. LISE               )
MERSON, SGT. CARTER,                     )
SGT. GLICK, C/O DEBBIE SCOTT,            )
C/O JORDAN, C/O GAVIN, C/O               )
PASSLEY, C/O WHITE, and C/O              )
CANON,                                   )
                                         )
            Defendants.                  )

**AUTHORIZATION**

FILED

FEB 14 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

     I, Donald F. Bass, SBI #187042, request and authorize the
agency holding me in custody to disburse to the Clerk of the
Court the initial partial filing fee of $2.17 and the subsequent
payments pursuant to 28 U.S.C. § 1915(b) and required by the
Court's order dated _February 7_, 2007.

     This authorization is furnished to the Clerk of Court in
connection with the filing of a civil action, and I understand
that the filing fee for the complaint is $350.00. I also
understand that the entire filing fee may be deducted from my
trust account regardless of the outcome of my civil action. This
authorization shall apply to any other agency into whose custody

I may be transferred.

Date: $2-14-07$ _____, 2007.

_____
Signature of Plaintiff

IM Donald F. Boggs

SBI# 187063    UNIT MHU-23

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

UNITED STATES POSTAGE

$ 00.39°
PITNEY BOWES

02 1A
0004608975    FEB 13 2007
MAILED FROM ZIP CODE 19977

J.S.M.S.
X-RAY

Office of the Clerk

United States District Court

844 N. King Street, Lockbox 18

Wilmington, Delaware

19801 - 3570