Office of the Clerk
United States District Court
District of Delaware

To: Peter T. Dalleo
Clerk of Court
844 King Street
U.S. Court House
Wilmington, Delaware 19801



Civil Action No. 1:07-CV-25-JJF Bass v. Carroll et al

Dear Mr. Dalleo

I would like to file this summons with the court, I am not sure if the defendants have been served as of this date April 20, 2007. My original complaint was filed on the 5 of January 2007. More than 90 days have elapsed since that date and the defendants have failed to answer the complaint, I like to file a Declaration for entry of default. But I am not sure if the defendants have been served. If the defendants have been served can you please notify me of the date they were served?

Thank you,

Mr. Don. F. Bass
Donald F. Bass
S.B.I.# 187042
Delaware Correctional Center
1181 Paddock Road
Smyrna Del 19977

Date: April 20, 2007

In The United States District Court
For The District Of Delaware

Donald E. Bass,
    Plaintiff,

V.

Thomas Carroll, Warden, Piercer, Dep. Warden, Betty Burris, Dep. Warden, Security Chief, David Holman, Capt. Burton, Lt. Rider, Lt. Welcome, S/Lt. Profaci, I.G.C.Cpl. Lise Merson, Sgt. Carter, Sgt. Glick, C/O Debbie Scott, C/O Jordan, C/O Gavin, C/O Passley, C/O White, C/O Canou

Summons
Civil Action No. 1:07-CV-25 (JJF)

To The Above-Named Defendants:

You are hereby Summoned and required to serve upon plaintiffs, whose address is 1181 Paddock Road, Smyrna Delaware, 19977, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service, or 60 days if the U.S. Government or officer/agent thereof is a defendant. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Peter T. Dalleo
Clerk of the Court

Date: April 20, 2007

I/M Ronald F Bass
SBI# 187042   UNIT MHU-23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S. X-RAY

$00.39
APR 23 2007
MAILED FROM ZIP CODE 19977

Mr. Peter T. Dalleo
Clerk of Court
Lock Box 18
844 King Street
Wilmington, Delaware
19801