OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 25, 2007

TO: Donald F. Bass
SBI #187042
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RE: Service Order; 07-25(JJF)

Dear Mr. Bass:

The Clerk's Office is in receipt of the above referenced letter. Please be advised that as of this date **no service order has been issued**. Therefore, counsel has not yet entered its appearance for defendants in this case.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan, Jr.