In The United States District Court
For The District of Delaware

Donald F. Bass,
    Plaintiff,

v.

Thomas Carroll, et al.
    Defendants,

Civ. Action No. 07-25-JJF



FILED
MAY 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## Notice Of Appeal

Notice is hereby given that Donald F. Bass, plaintiff in the above entitled matter, appeals to the United States Court of Appeals for the Third Circuit from the judgment entered in this action on May 1, 2007.

The plaintiff will be appealing the dismissal of plaintiff's claims of conditions of confinement, and the dismissal of the Defendant's.

Date: May 26, 2007
Name: Don. F. Bass
Address: Delaware Correctional Center
    1181 Paddock Road
    Smyrna, Delaware 19977

FROM: Donald E. Ross
SBI# 187047 UNIT MHU-23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Peter T. Dalleo
Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570