FPS - 441 DATE: June 27, 2007

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 07-2669

Bass v. Carroll
(District of Delaware No. 07-cv-00025)

To: Clerk

1) Application to Proceed In Forma Pauperis

---

    The foregoing motion to proceed in forma pauperis is granted. Appellant is a prisoner and seeks to proceed in forma pauperis on appeal. Appellant is required to pay the full $455.00 fee in installments regardless of the outcome of the appeal. The Court hereby directs the warden or his or her designee to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account for the six month period immediately preceding the filing of the notice of appeal. The warden, or his or her designee, shall calculate, collect, and forward the initial payment assessed in this order to the United States District Court for the District of Delaware. In each succeeding month when the amount in the prisoner's account exceeds $10.00, the warden, or his or her designee, shall forward payments to the United States District Court for the District of Delaware equaling 20% of the preceding month's income credited to the prisoner's account until the fees are paid. Each payment shall reference the appellate docket number for this appeal. The appeal will be submitted to a panel of this court for determination under 28 U.S.C. § 1915(e)(2) or for summary action under Third Circuit L.A.R. 27.4 and I.O.P. 10.6.

    For the Court,

    /s/Marcia M. Waldron
    Clerk

Dated: July 2, 2007
tmm/cc: Mr. Donald F. Bass
       Atty Gen DE