**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DONALD F. BASS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civil Action No. 07-025-JJF |
| v. ) | |
| ) | Jury Trial Requested |
| ) | |
| CORRECTIONAL OFFICER JORDAN, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT [RE: D.I. 2]

COMES NOW, Defendant Correctional Officer Jordan ("Defendant"), by and through his undersigned counsel, and hereby responds to the numbered paragraphs of Plaintiff Donald F. Bass's Complaint ("Plaintiff"), dated January 5, 2007 and filed January 12, 2007 (D.I. 2), as follows:

### Previous Lawsuits

Plaintiff did not list any previous lawsuits in the "Previous Lawsuits" section of the Complaint, therefore, no response is required.

### Exhaustion of Administrative Remedies

Defendant admits that there is a prisoner grievance procedure available at the Howard R. Young Correctional Institution ("HRYCI"). Defendant also admits that Plaintiff has not fully exhausted his available administrative remedies. Defendant denies each and every other allegation of the "Exhaustion of Administrative Remedies" section not specifically admitted herein.

**Defendants**

1. This paragraph appears to be directed to an individual that is no longer a defendant in this action.

2. This paragraph appears to be directed to an individual that is no longer a defendant in this action.

3. This paragraph appears to be directed to an individual that is no longer a defendant in this action.

4. This paragraph appears to be directed to an individual that is no longer a defendant in this action.

5. This paragraph appears to be directed to an individual that is no longer a defendant in this action.

6. This paragraph appears to be directed to an individual that is no longer a defendant in this action.

7. This paragraph appears to be directed to an individual that is no longer a defendant in this action.

8. This paragraph appears to be directed to an individual that is no longer a defendant in this action.

9. This paragraph appears to be directed to an individual that is no longer a defendant in this action.

10. This paragraph appears to be directed to an individual that is no longer a defendant in this action.

11. This paragraph appears to be directed to an individual that is no longer a defendant in this action.

- 3 -

12. This paragraph appears to be directed to an individual that is no longer a defendant in this action.

13. The allegations of paragraph 13 of the "Defendants" section of the Complaint are admitted.

14. This paragraph appears to be directed to an individual that is no longer a defendant in this action.

15. This paragraph appears to be directed to an individual that is no longer a defendant in this action.

16. This paragraph appears to be directed to an individual that is no longer a defendant in this action.

17. This paragraph appears to be directed to an individual that is no longer a party to this action.

## Statement of Claim

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations asserted in paragraph 1 of the "Statement of Claim" section of the Complaint and, therefore, denies same.

2. The allegations of paragraph 2 of the "Statement of Claim" section of the Complaint are denied.

3. The allegations of paragraph 3 of the "Statement of Claim" section of the Complaint are denied.

4. The allegations of paragraph 4 of the "Statement of Claim" section of the Complaint are denied.

5. Defendant is without knowledge or information sufficient to form

a belief as to the truth of the allegations asserted in paragraph 5 of the "Statement of Claim" section of the Complaint and, therefore, denies same.

6. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations asserted in paragraph 6 of the "Statement of Claim" section of the Complaint and, therefore, denies same.

7. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations asserted in paragraph 7 of the "Statement of Claim" section of the Complaint and, therefore, denies same.

8. The allegations of paragraph 8 of the "Statement of Claim" section of the Complaint are denied.

9. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations asserted in paragraph 9 of the "Statement of Claim" section of the Complaint and, therefore, denies same.

10. This paragraph appears to be directed to an individual who is no longer a party to this action. As such, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations asserted in paragraph 10 of the "Statement of Claim" section of the Complaint and, therefore, denies same.

11. This paragraph appears to be directed to an individual who is no longer a party to this action. As such, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations asserted in paragraph 11 of the "Statement of Claim" section of the Complaint and, therefore, denies same.

12. This paragraph appears to be directed to an individual who is no longer a party to this action. As such, Defendant is without knowledge or information

sufficient to form a belief as to the truth of the allegations asserted in paragraph 12 of the "Statement of Claim" section of the Complaint and, therefore, denies same.

13.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations asserted in paragraph 13 of the "Statement of Claim" section of the Complaint and, therefore, denies same.

14.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations asserted in paragraph 14 of the "Statement of Claim" section of the Complaint and, therefore, denies same.

### RELIEF

Defendant specifically denies that Plaintiff is entitled to any relief or damages, including injunctive relief, compensatory damages, punitive damages, costs and/or attorneys' fees.

### DEFENSES AND AFFIRMATIVE DEFENSES

1.  The Complaint fails to state claims upon which relief may be granted.

2.  The action and all claims are barred by Eleventh Amendment immunity.

3.  As to any claims against the State or against Defendant in his official capacity, Defendant and the State are protected from liability by the doctrine of sovereign immunity.

4.  Officials and employees of the State of Delaware acting in good faith within the scope of their employment and without knowingly violating well established federal rights, are entitled to qualified immunity and cannot be held liable in

this action.

5. Defendant, in his official capacity, is not liable for alleged violations of Plaintiff's constitutional rights as he is not a "person" within the meaning of 42 *U.S.C.* § 1983.

6. As to any claims sounding in state law, Defendant is immune from liability under the State Tort Claims Act, 10 Del. C. §4001 *et seq.*

7. To the extent Plaintiff seeks to hold Defendant liable based on supervisory responsibilities, the Doctrine of Respondeat Superior or vicarious liability is not a basis for liability in an action under 42 *U.S.C.* § 1983.

8. This action and all claims are barred, in whole or in part, by the applicable statute of limitations or any other statutorily required administrative time requirement.

9. Plaintiff has failed to exhaust his administrative remedies, including but not limited to, remedies pursuant to 42 *U.S.C.* § 1997a(e).

10. Defendant cannot be held liable in the absence of personal involvement for alleged constitutional deprivations.

11. To the extent Plaintiff's claims sound in negligence, Plaintiff cannot state a cause of action under 42 *U.S.C.* § 1983.

12. The Plaintiff's claims are barred by his contributory negligence.

13. Plaintiff fails to state a claim against Defendant for failure to train and maintenance of wrongful customs, practices and policies.

14. Plaintiff fails to state a claim against Defendant for violation of the Eighth Amendment.

15. Plaintiff's injuries and damages, if any, resulted from an intervening and superseding cause.

16. Plaintiff's own conduct proximately caused and/or exacerbated his injuries, if any.

17. Insufficiency of service of process.

18. Insufficiency of process.

19. Lack of jurisdiction over the person and subject matter.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
Attorney for Defendant C/O Jordan

Dated: August 15, 2007

# CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on August 15, 2007, I caused a true and correct copy of the attached *Defendant's Answer to Plaintiff's Complaint [Re: D.I. 2]* to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Donald F. Bass, Inmate
SBI # 187042
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**MANNER OF DELIVERY:**

___ One true copy by facsimile transmission to each recipient

✓ Two true copies by first class mail, postage prepaid, to each recipient

___ Two true copies by Federal Express

___ Two true copies by hand delivery to each recipient

/s/ Erika Y. Tross
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400