IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD F. BASS, | : |
| Plaintiff, | : |
| v. | : Civ. Action No. 07-25-JJF |
| C/O JORDAN, | : |
| Defendant. | : |

**ORDER**

NOW THEREFORE, at Wilmington this 29th day of November, 2007, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall cause a copy of this Order to be mailed to Plaintiff.

2. The Motion For Leave To File An Amended Complaint (D.I. 16.) is **DENIED** as **moot**.

3. The Clerk of the Court shall file instanter the Amended Complaint found at D.I. 16.

4. Plaintiff's claims against Defendants Warden Thomas Carroll, Deputy Warden Piercer, Deputy Warden Betty Burris, Security Chief David Holman, Capt. Burton, Lt. Rider, Lt. Welcome, Lt. Profaci, IGC Cpl. Lise Merson, Sgt. Carter, Sgt. Glick, C/O Gavin, C/O Passley, C/O White, C/O Canon, Travis Branch, Sgt. Dymowski, C/O Stevens, and C/O Knowles are **DISMISSED** without prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1).

4. The Court has identified a cognizable Eighth Amendment

claim against Defendant C/O Jordan.  Plaintiff is allowed to **PROCEED** against this Defendant.  Defendant C/O Jordan shall file an Answer to the Amended Complaint within the time provided by the Federal Rules of Civil Procedure.

                                            /s/ Joseph J. Farnan Jr.
                                            UNITED STATES DISTRICT JUDGE