IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD F. BASS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 07-025-JJF |
| v. | ) |
| | ) Jury Trial Requested |
| | ) |
| CORRECTIONAL OFFICER JORDAN, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR LEAVE TO DEPOSE PLAINTIFF**

COMES NOW, Defendant Correctional Officer Jordan ("Defendant"), by and through his undersigned counsel, and hereby moves this Honorable Court (the "Motion") to enter an order, substantially in the form attached hereto, granting the Defendant leave to depose Plaintiff Donald F. Bass ("Bass" or "Plaintiff"). In support of the Motion, the Defendant states as follows:

1. Plaintiff, Bass is an inmate presently incarcerated at the James T. Vaughn Correctional Center ("JTVCC") in Smyrna, Delaware.

2. Counsel for the Defendant wishes to depose Bass as part of discovery in this case.

3. No scheduling order has been entered in this matter.

4. Federal Rule of Civil Procedure 30(a) requires leave of the Court to depose an incarcerated individual.

5. A form of order is attached to this Motion that grants Defendant's counsel the right to depose Bass.

- 2 -

WHEREFORE, Defendant respectfully requests that this Honorable Court enter an order, substantially in the form attached hereto, granting the Motion for Leave to Depose Plaintiff Donald F. Bass.

                                  **STATE OF DELAWARE**
                                  **DEPARTMENT OF JUSTICE**

                                  */s/ Erika Y. Tross*
                                  Erika Y. Tross (#4506)
                                  Deputy Attorney General
                                  820 N. French Street, 6th Floor
                                  Wilmington, DE  19801
                                  (302) 577-8400
                                          Attorney for the Defendant

Dated: August 14, 2008

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DONALD F. BASS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | )  Civil Action No. 07-025-JJF |
| v. | ) |
| | )  Jury Trial Requested |
| | ) |
| CORRECTIONAL OFFICER JORDAN, | ) |
| | ) |
| Defendant. | ) |

**7.1.1 CERTIFICATE OF COUNSEL**

The undersigned counsel hereby certifies, pursuant to Rule 7.1.1 of the Local Rules for the District Court of Delaware, that she is, as a practical matter, unable to discuss the subject of this Motion with the Plaintiff because the Plaintiff is an incarcerated individual in a prison. Defense counsel assumes that the Plaintiff opposes the Motion.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8400
   Attorney for the Defendant

Dated: August 14, 2008

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD F. BASS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 07-025-JJF |
| v. | ) |
| | ) Jury Trial Requested |
| | ) |
| CORRECTIONAL OFFICER JORDAN, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon Defendant's Motion for Leave to Depose Plaintiff (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1.  The Motion is **GRANTED**.

2.  Defendant is granted leave to depose the Plaintiff in this matter.

SO ORDERED this _____ day of _____, 2008.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Court Judge

# CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on August 14, 2008, I caused a true and correct copy of the attached *Defendant's Motion for Leave to Depose Plaintiff* to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Inmate Donald F. Bass
SBI # 187042
James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**MANNER OF DELIVERY:**

__ One true copy by facsimile transmission to each recipient

✓ Two true copies by first class mail, postage prepaid, to each recipient

__ Two true copies by Federal Express

__ Two true copies by hand delivery to each recipient

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400