IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Donald F. Bass,

Petitioner,

v.   Civ. Act. No. 07-025-JJF

Correctional Officer Jordan

Respondent.

FILED

AUG 18 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion for Voluntary Dismissal

Comes now, the petitioner Donald F. Bass, moves to dismiss the above complaint against correctional officer Jordan. The petitioner request this court dismiss the complaint for the following reasons: 1.) C/o Jordan was acting upon order's therefore he should not be held accountable for his supervisor's. 2.) The petitioner feels that C/o Jordan is not the person responsible for the petitioner's injury. For the above stated reason's, the petitioner request this court dismiss the petitioner complaint without prejudice.

Dated: 8/14/08                   Mr. Don F. Bass

                                 Delaware Correctional Center
                                 1181 Paddock Road
                                 Smyrna, DE 19977

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

_____, )
_____, )
                                         )
        Petitioner,                      )
                                         )
v.                                       )   Civ. Act. No._____
                                         )
_____         )
_____         )
_____         )
_____         )
                                         )
        Respondent.                      )

**ORDER**

This _____ day of _____, 200\_\_

_____

_____

_____

IT IS HEREBY ORDERED that _____

_____

_____

_____

                                              _____
                                              United States District Judge/Magistrate

# Certificate of Service

I, _Mr. Don J. Bass_, hereby certify that I have served a true And correct cop(ies) of the attached: _Motion for Voluntary Dismissal_ _____ upon the following parties/person (s):

TO: _Erika Y. Tross_
_Deputy Attorney General_
_820 N. French Street, 6th Floor_
_Wilmington, Del 19801_

TO: _____

TO: _Office of the Clerk_
_United States District Court_
_844 N. King Street, lock box 18_
_Wilmington, Delaware_
_19801-3570_

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _14_ day of _August_, 200_8_

_Mr. Don J. Bass_



I/M Ronald E. Bass
SBI# 187243    UNIT MHU-J 3
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
  19801-3570