

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

**JOSEPH R. BIDEN, III**
**ATTORNEY GENERAL**

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499
TTY: (302) 577-5783

August 20, 2008

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

   Re: ***Bass v. Carroll, et al.,***
      <u>**D. Del., C.A. No. 07-25-JJF**</u>

Dear Judge Farnan:

   Please allow this letter to reflect Defendant Officer Jordan's response to Plaintiff Donald Bass's Motion for Voluntary Dismissal (D.I. 27). Officer Jordan – the only remaining Defendant in this action – has no objection to Plaintiff's request for dismissal. However, given that Plaintiff admits that "C/O Jordan is not the person responsible for the petitioner's injury", Officer Jordan asks that the Court dismiss the action with prejudice.

   If the Court has any further questions or concerns please do not hesitate to contact me at (302) 577-8400. Thank you.

      Sincerely,

      */s/ Erika Y. Tross*

      Erika Y. Tross, DAG
      Attorney for Defendant Officer Jordan

EYT/jl
cc: Donald Bass, Plaintiff