IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD F. BASS, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-25 JJF |
| CORRECTIONAL OFFICER, JORDAN | : |
| Defendant. | : |

### O R D E R

At Wilmington this 3 day of September, 2008, having reviewed Plaintiff's motion (D.I. 27) seeking to voluntarily dismiss the complaint against the Defendant C/O Jordan.

WHEREAS, Defendant filed a response to the motion (D.I. 28);

IT IS HEREBY ORDERED that Plaintiff's Motion for Voluntary Dismissal (D.I. 27) is **GRANTED**.

IT IS FURTHER ORDERED that this case is **DISMISSED** with prejudice.

_____
UNITED STATES DISTRICT JUDGE